Yvette BATOULA
301 379 6187
2608 Sagebrush Ter
Silver Spring MD 20905
Case # 22-11121

May 24th 2022

FILED
2022 MAY 24 PM 2:17
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

## Motion To Sell Property

To whom it may concern,

Please, I am writting, this letter to request the sell of the real estate property located at 2608 Sagebrush Ter, Silver Spring MD 20905.

The buyer is my son who is making an offer of $355,000 (three hundred and fifty five thousand dollars). His offer is presented by a realtor in the name of Stephen LANE with the phone number 410 371 9190.

In wait for your approval to this motion to sell, please accept my gratitude.

Sincerely,
Yvette BATOULA

## Motion To Sell Property:

Request Date: 05/24/2022

Client(s) Name :
Yvette BATOULA

Address :
2608 Sagebrush Terrace
Silver Spring MD 20905

Phone Number : 301 379 6187

Case Number & Judge : 22-11121

What property do you wish to sell? 2608 Sagebrush Ter, Silver Spring, MD 20905

Selling To : Yannick BATOULA

Are you related to the buyer? If so, how related? Yes Son

Selling Price : $355,000 (three hundred fifty five thousand dollars)

If Real Estate-

Address of Property to be sold :
2608 Sagebrush Terrace, Silver Spring MD 20905

Is there a Realtor involved? If so,:

Realtor's Name & Address :
Stephen LANE

Phone Number : 410 371 9190

Plans For Proceeds: All to the lender Clear sky financial

If you are selling property is there a mortgage on the property? If so,
First Lien Holder:

Mortgage Company Name :
Clear sky financial

Address :
9406 Jackson St, Burke, VA 22015

Phone Number : 703 587 2475

Payoff Amount :

If applicable, Second Lien Holder:

Company Name :

Address :

Phone Number :

Payoff Amount :



806 Landmark Drive Suites 122-123
Glen Burnie, MD 21061

# Mortgage Pre-Approval Letter

**BORROWER(S):** Yannick Batoula
**PURCHASE PRICE:** $355,000.
**DOWNPAYMENT:** 3.5%
**PROGRAM:** FHA- 203K
**PROPERTY TYPE:** Single Family Home
**Date:** May 16, 2022

Guild Mortgage is pleased to inform you that you have been pre-approved for a home mortgage loan. This pre-approval is based on the review of your credit report, as well as the income, assets, and employment information that you provided. **This is not a commitment to lend.** This pre-approval letter is valid for 120 days from the above date. Final loan approval may be subject to additional conditions such as:

- Fully executed Purchase Sale Agreement
- Satisfactory title & appraisal
- Verification of no adverse change to income, assets, and liabilities
- Additional conditions and verifications as required by the underwriting
- Satisfaction of program requirements for a FHA loan

If you have any questions, please do not hesitate to call me at #410-627-5741.

Sincerely,

*Kathy Brennan*

Kathy Brennan
Branch Manager
NMLS# 476425


Terms and conditions may change without notice. All loans are subject to final underwriting approval. The interest rate is not guaranteed until the loan is locked, and the Interest Rate Agreement is executed.

**My Contact Information:**
Kathy Brennan
O: 443-738-1701
Kathy.brennan@guildmortgage.net

---

**Guild Mortgage**
**NMLS# 3274; Equal Housing Opportunity**

**FILED**

2022 MAY 24 PM 2:17
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In Re:

Debtor(s)

Yvette BATOULA

* Case Number: 22-11121
* Chapter: 13
*
*
*
*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2022, a copy of the motion to sell real estate property at 2608 Sagebrush Terrace

was mailed first class mail, postage prepaid to:

Name: Clear Sky Financial
Address: 9406 Jackson St
City, State, Zip Code: Burke, VA 22015

Name: Rebecca A. Herr - Trustee
Address: PO Box 853
City, State, Zip Code: Memphis, TN 38101-0853

Name:
Address:
City, State, Zip Code:

Signature: [signature]